UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHARLES TRUMBLE,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BRENT REINKE, RANDY BLADES, KEITH YORDY, ROBIN SANDY, DR. DAVID McCLUSKY, CORIZON MEDICAL SERVICES, DR. YOUNG, DR. BABATCH, P.A. PAULSON, P.A. VALLEY, and P.A. SCHAFFER,,<br><br>　　　　　　Defendants. | Case No. 1:14-cv-00256-REB<br><br>**ORDER** |

On November 20, 2014, the Court ordered Plaintiff to effect service of process of his Amended Complaint and Renewed Motion for Preliminary Injunction upon Defendants. (Dkt. 22.) Plaintiff has only recently indicated that he served the Amended Complaint and Renewed Motion for Preliminary Injunction upon the medical defendants.[1] Because Plaintiff's medical conditions and treatment likely have changed within the past six months, the Court will deem the current motion moot and require Plaintiff to file a Second Renewed Motion for Preliminary Injunction that specifies why Plaintiff believes he is entitled to a preliminary injunction in the context of the current

---

[1] Plaintiff has filed a notice of service of summons, while Defendants have provided a waiver of service of summons.

**ORDER - 1**

treatment he has received over the past six months. If some of Plaintiff's claims are no longer at issue, he should omit the claims from the second renewed preliminary injunction motion.

Plaintiff also seeks an extension of time in which to pay the filing fee. Good cause appearing, the motion will be granted.

Plaintiff has also filed a Motion for Discovery. However, discovery requests should not be filed with the Court, but exchanged between the parties by mail. The Court is not involved in discovery, unless a motion to compel discovery is filed. However, the parties need to make their best efforts to consult with one another to resolve discovery disputes before bringing a motion to compel. Because it should not be on the Court's docket, the discovery request shall be stricken. No further discovery requests shall be submitted to the Clerk of Court for filing.

## ORDER

**IT IS ORDERED:**

1. Plaintiff's Second Motion for Extension of Time to Pay the Filing Fee (Dkt. 29) is GRANTED. Plaintiff shall pay the remainder of the fee no later than **April 30, 2015.**
2. Plaintiff's Motion for Discovery (Dkt. 30) is STRICKEN.
3. Plaintiff's Renewed Motion for Preliminary Injunction (Dkt. 9) is MOOT.
4. Plaintiff shall file a Second Renewed Motion for Preliminary Injunction, if current facts support such a motion, no later than **March 13, 2015.**

5. The Answer or Pre-Answer Motion of **all** Defendants, regardless of service or waiver dates, shall be due no later than **March 31, 2015.**

6. The responses of **all** Defendants to Plaintiff's second renewed motion for preliminary injunction shall be due no later than **March 31, 2015**.

DATED: February 26, 2015

Honorable Ronald E. Bush
U. S. Magistrate Judge